# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CATHY A. FADNER, as Representative of the ESTATE OF DIANA J. REED, *et al.*, | ) ) ) |
| Plaintiffs, | ) Case No. 2:09-cv-01262-LDG-GWF |
| vs. | ) **ORDER** |
| SANDOZ, INC. and NOVARTIS, INC., | ) ) |
| Defendants. | ) ) |

This matter is before the Court on Plaintiffs' Motion to Extend Discovery Deadlines (#25), filed August 17, 2010 and Defendant Sandoz Inc.'s Notice of Non-Opposition to Plaintiff's Motion to Extend Discovery Deadlines (#26), filed August 19, 2010. Upon review and consideration,

**IT IS HEREBY ORDERED** that Plaintiffs' Motion to Extend Discovery Deadlines (#25) is **granted**. The following discovery plan and scheduling order dates shall apply:

1. Last date to complete discovery: **February 11, 2011**
2. Last date to amend pleadings and add parties: **November 13, 2010**
3. Last date to file interim status report: **October 13, 2010**
4. Last date to disclose experts pursuant to Fed. R. Civ. P. 26(a)(2): **October 13, 2010**
5. Last date to disclose rebuttal experts: **December 12, 2010**
6. Last date to file dispositive motions: **January 13, 2011**

. . .

. . .

7. Last date to file joint pretrial order: **February 12, 2011**. In the event dispositive motions are filed, the date for filing the joint pretrial order shall be suspended until 30 days after a decision of the dispositive motions.

DATED this 24th day of August, 2010.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge