UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CATHY A. FADNER, as Representative of the ESTATE OF DIANA J. REED, and SEAN MARTIN MATHESON,<br><br>        Plaintiffs,<br><br>vs.<br><br>SANDOZ, INC., and NOVARTIS, INC. and DOES I through L, ROES I through L, inclusive,<br><br>        Defendants. | Case No. 2:09-cv-01262-LDG-GWF<br><br>**ORDER ON SECOND JOINT MOTION TO PERMIT PRODUCTION OF MEDICAL AND OTHER RECORDS** |

Before the Court is the parties' joint motion to permit the production of additional medical and other records for the decedent, Diana J. Reed (#28). Based upon the representations of the parties, the Court finds that the parties have a legitimate need for immediate access to the decedent's medical and other records and medical history for this lawsuit. HIPAA permits the disclosure of protected health information in certain instances even when a written authorization of the individual or the personal representative is not available. See 45 C.F.R. § 164.512 ("A covered entity may use or disclose protected health information without the written authorization of the individual . . . in the situations covered by this section"). One such circumstance is when the disclosure of protected health information is made for judicial or administrative proceedings. 45 C.F.R. §

MORRIS PETERSON
ATTORNEYS AT LAW
00 BANK OF AMERICA PLAZA
300 SOUTH FOURTH STREET
LAS VEGAS, NEVADA 89101
702/474-9400
FAX 702/474-9422

164.512(e). Under this provision, a health care provider may disclose the information "in response to an order of a court." 45 C.F.R. § 164.512(e)(1)(i); *see also Crenshaw v. MONY Life Ins. Co.*, 318 F. Supp. 1015, 1028 (S.D. Cal. 2004) ("During the course of litigation, HIPAA authorizes several options for obtaining medical records from healthcare professionals, including court orders").

For these reasons, good cause appearing, IT IS ORDERED that the following entities produce their entire medical records file, employment records file and/or financial information file for the decedent Diana J. Reed[1] to either party to this case upon request:

1. Ceylon T. Caszatt, M.D.
2. Larry Pierce, DDS
3. Hilma Illinidala, M.D.
4. Lydia Estanislao, M.D.
5. Clark County Fire Department
6. Las Vegas Metropolitan Police Department
7. Nevada Controlled Substance Abuse Prevention Task Force

This order applies to all records, including but not limited to the following: All medical and/or hospital records or reports, insurance records, laboratory reports, autopsy reports, histology reports, cytology reports, pathology reports, radiology reports, CT scan reports, MRI reports, electrocardiogram reports, echocardiogram reports, electroencephalogram reports, cardiac catheterization reports, radiographic films, echocardiograms, electrocardiograms, electroencephalograms, pulmonary function tests, kidney function tests, urine tests, creatinine clearance tests, blood tests, perfusion lung scans, cardiac catheterizations, cardiac catheterization tracings, radiographic films, CT scans, X-rays, MRI films, MRA films, myelograms, photographs, communications,

---

[1] The parties shall supply the decedent's date of birth and social security number to each provider from whom records are requested.

MORRIS PETERSON
ATTORNEYS AT LAW
300 BANK OF AMERICA PLAZA
300 SOUTH FOURTH STREET
LAS VEGAS, NEVADA 89101
702/474-9400
FAX 702/474-9422

2

correspondence, progress notes, pharmacy/prescription records, patient prescription history reports, questionnaires/histories, immunization records, charts, logs, letters, affidavits, declarations, recordings of any type on any media, written statements, disability records, medical bills, other documents or things in your possession or control, including tapes or transcripts of hearing(s), other judicial, administrative or non-judicial proceedings, documents concerning taxes, tax preparation, payroll, workers compensation, social security, disability or other claim for reimbursement filed by or on behalf of Diana J. Reed, including but not limited to: claim forms, questionnaires, statements, applications, disclosures, communications, correspondence, notes, settlements, agreements, contracts, reports, employment records, unemployment records, training records, and/or records of payments made.

The Court FURTHER ORDERS any other entity not identified above that has any such records pertaining to Diana J. Reed to produce such records to either party to this lawsuit upon request.

_____
GEORGE W. FOLEY
UNITED STATES MAGISTRATE JUDGE

DATED: August 25, 2010

MORRIS PETERSON
ATTORNEYS AT LAW
300 BANK OF AMERICA PLAZA
300 SOUTH FOURTH STREET
LAS VEGAS, NEVADA 89101
702/474-9400
FAX 702/474-9422

3